IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>vs.<br><br>ZERRICK EDWARD WALKER<br><br>Defendant. | No.1:15-CR-00119-6-MAC |

**FINDINGS OF FACT AND RECOMMENDATION ON MOTION BEFORE THE
UNITED STATES MAGISTRATE JUDGE**

Pending before the court is Defendant, Zerrick Walker's "Motion to Recall Mandate or Amend Judgment." (Doc. No. 698.) On October 7, 2019, the district court referred the motion to the undersigned. While filed in this District, Walker appears to address the motion to the United States Court of Appeals for the Fifth Circuit. On October 1, 2019, Walker filed an identical motion with the Fifth Circuit. *See United States v. Walker*, No. 17-40207 (5th Cir. Oct. 1, 2019). On October 3, 2019, that Court denied Walker's motion. This Court has no authority to grant the relief Walker requests. Accordingly, Walker's "Motion to Recall Mandate or Amend Judgment" (Doc. No. 698) should be DENIED.

**OBJECTIONS**

Pursuant to 28 U.S.C. § 636(b)(1)(c), each party to this action has the right to file objections to this report and recommendation. Objections to this report must: (1) be in writing, (2) specifically identify those findings or recommendations to which the party objects, and (3) be served and filed within fourteen (14) days after being served with a copy of this report, and (4) no more than eight (8) pages in length. *See* 28 U.S.C. § 636(b)(1)(c) (2009); FED. R. CIV. P.

72(b)(2); Local Rule CV-72(c). A party who objects to this report is entitled to a *de novo* determination by the United States District Judge of those proposed findings and recommendations to which a specific objection is timely made. *See* 28 U.S.C. § 636(b)(1) (2009); FED R. CIV. P. 72(b)(3).

A party's failure to file specific, written objections to the proposed findings of fact and conclusions of law contained in this report, within fourteen (14) days of being served with a copy of this report, bars that party from: (1) entitlement to *de novo* review by the United States District Judge of the findings of fact and conclusions of law, *see Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of any such findings of fact and conclusions of law accepted by the United States District Judge, *see Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc).

SIGNED this 21st day of October, 2019.

_____
Zack Hawthorn
United States Magistrate Judge