| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 1:15-CR-119-6-MAC |
| | § | |
| ZERRICK EDWARD WALKER, | § | |
| | § | |
| Defendant. | § | |

**UNITED STATES DISTRICT COURT     EASTERN DISTRICT OF TEXAS**

## ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION ON DEFENDANT'S MOTION

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration and entry of proposed findings and recommended disposition. Judge Hawthorn issued his Findings of Fact and Recommendation on the Defendant's Motion and recommended that the court deny the motion. (Doc. No. 698.)

The parties have not objected to the magistrate judge's findings. The court **ORDERS** that the Findings of Fact and Recommendation are **ADOPTED** and Defendant's Motion to Recall Mandate or Amend Judgment (Doc. No. 698) is **DENIED**.

SIGNED at Beaumont, Texas, this 21st day of November, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE