**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 1:15-CR-119-6-MAC |
| | § | |
| ZERRICK EDWARD WALKER, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION
## ON DEFENDANT'S MOTION

The court referred the Defendant's *Pro Se* Motion For New Trial (Doc. No. 757) to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration and entry of proposed findings and recommended disposition.  Judge Hawthorn issued his Findings of Fact and Recommendation on the Defendant's Motion and recommended that the court deny the motion. (Doc. No. 758.)

The parties have not objected to the magistrate judge's findings.  The court **ORDERS** that the Findings of Fact and Recommendation are **ADOPTED** and Defendant's *Pro Se* Motion For New Trial (Doc. No. 757) is **DENIED**.

SIGNED at Beaumont, Texas, this 28th day of June, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

1